SUSAN R. STACHELSKI v. BOARD OF EDUCATION OF THE
BOROUGH OF OAKLYN, CAMDEN COUNTY.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. TIMOTHY EASTON.

October 27, 1981.

Petition for certification denied.

IRENE M. PASCARELLA v. VICTOR PASCARELLA.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DEAN SMALLS.

October 27, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. SANTOS GINES BELTRAM.

October 27, 1981.

Petition for certification denied.